

**NUMBER 13-18-00132-CR AND 13-18-00133-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CRISTOBAL GARCIA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On Appeal from the 36th District Court
of San Patricio County, Texas.**

---

# O R D E R

**Before Justices Rodriguez, Contreras, and Hinojosa
Order Per Curiam**

Appellant, Cristobal Garcia, filed notices of appeal with this Court from his conviction in trial court cause numbers S-17-03337CR and S-17-3338CR. The trial court's certifications of the defendant's right to appeal show that defendant has the right of appeal and that the defendant has waived the right to appeal. *See* TEX. R. APP. P. 25.2(a)(2).

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if a certification showing that a defendant has a right of appeal is not made a part of the record. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Because of the discrepancy of the certification, we abate and remand this case to the trial court for re-certification of appellant's right of appeal. *See* TEX. R. APP. P. 34.5(c), 44.3, 44.4.

On remand, the trial court shall immediately issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court re-certify whether appellant has the right of appeal. The trial court's amended certification, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
13th day of March, 2018.

2